UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Charles B. Duberry,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPPS of South Carolina, LLC, and<br>Alternative Staffing, Inc.,<br><br>        Defendant. | C.A. No.: 2: 09-0688-MBS-BM<br><br>**CONSENT ORDER<br>OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through his undersigned counsel, and Defendants, by and through their undersigned counsel, having represented to the Court that this matter has been resolved pursuant to an Agreement reached between them, it is hereby

ORDERED, that Plaintiff's Complaint against Defendants is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

AND IT IS SO ORDERED.

_____
THE HONORABLE BRISTOW MARCHANT
UNITED STATES MAGISTRATE JUDGE

per Stanley Duncan M90 - 3FBH

This 3 day of February, 2010
Charleston, South Carolina

WE CONSENT:

s/Bob J. Conley
Caroline W. Cleveland, Esquire (FID #5478)
Bob J. Conley, Esquire (FID #6791)
Cleveland Law, LLC
171 Church Street, Suite 310
Charleston, SC 29401
ccleveland@clevelandlaborlaw.com
bconley@clevelandlaborlaw.com

ATTORNEYS FOR DEFENDANT
ALTERNATIVE STAFFING, INC.


s/Russell Bynum
Russell Bynum, Esquire (FID #10273)
Wigger Law Firm
8086 Rivers Avenue, Suite A
North Charleston, SC 29464
rbynum@wiggerlawfirm.com

ATTORNEY FOR PLAINTIFF


s/Brian D. McDaniel
Brian D. McDaniel, Esquire (FID #7856)
P.O. Box 2085
Beaufort, SC 29901
bmcdaniel@attorneymcdaniel.com

Deena McRackan, Esquire (FID #5172)
171 Church Street, Suite 300
Charleston, SC 29401
dmcrackan@bellsouth.net

ATTORNEYS FOR DEFENDANT CAPPS
OF SOUTH CAROLINA, LLC

